B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LAURA C. DELEHUNT, State Bar No. 236379
ldelehunt@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA SPENCER,

Plaintiff,

v.

AMTRAK and DOES 1 to 5,

Defendants.

Case No. 11-cv-01042 LB

**AMENDED STIPULATION TO 45 DAY EXTENSION TO COMPLETE MEDIATION AND ~~[PROPOSED]~~ ORDER**

The parties hereby stipulate to a 45 day extension to complete court mediation, pursuant to Local Rule 6-1. The grounds for the requested extension are as follows:

The parties have been unable to obtain critical medical records from plaintiff's orthopedic surgeon, Dr. Andrew Giovannini. Dr. Giovannini has retired, and he has not responded to the subpoena served by defendant in April 2011. Furthermore, defendant's multiple attempts to obtain these records at the location of Dr. Giovannini's prior practice have failed. Defendant has now noticed his deposition in an effort to gain compliance, but the parties cannot discuss settlement nor proceed with mediation until these critical records are obtained.

/ / /

/ / /

/ / /

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

DATED: August 10, 2011

By: /s/ Robert Blumenthal
ROBERT BLUMENTHAL
Attorneys for Plaintiff
DEBRA SPENCER

DATED: August 10, 2011

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Laura C. Delehunt
LAURA C. DELEHUNT
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

ORDER

The Court, having reviewed the stipulation of the parties to a 45 day extension to complete mediation, and the parties having demonstrated that there is good cause to grant the requested extension to allow for their attainment of critical medical records:

IT IS SO ORDERED:

The new deadline by which the parties must complete mediation is November 7, 2011.

DATED: August 19, 2011

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Laurel Beeler

LAUREL BEELER
United States Magistrate Judge

13249-40617 LCD 601315.1 - 2 - Case No. C 11-01042 LB
AMENDED STIPULATION TO 45 DAY EXTENSION TO COMPLETE MEDIATION AND [PROPOSED] ORDER