1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LAURA C. DELEHUNT, State Bar No. 236379
   ldelehunt@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBRA SPENCER, | Case No.   C 11-01042 LB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO MEDIATE AND [PROPOSED] ORDER** |
| v. | |
| AMTRAK and DOES 1 to 5, | |
| Defendants. | |

The parties hereby stipulate to complete court mediation no later than December 8, 2011, pursuant to Local Rule 6-1. The grounds for the requested extension are as follows:

Plaintiff was deposed on October 26, 2011 and testified that she suffers from Temporomandibular Joint Disorder as a result of the subject accident; this information had not been disclosed in plaintiff's responses to written discovery or in plaintiff's complaint. The parties must obtain plaintiff's medical records with respect to this alleged injury, prior to effectively mediating the case. We have consulted with our court-appointed mediator, Joel Franciosa, and he concurs with this request. All parties have agreed to a **new mediation date of December 8, 2011**. Additionally, the parties request that the Further Case Management Conference, currently scheduled for December 1, 2011, be re-scheduled accordingly.

DATED: October 31, 2011

By: /s/ Robert Blumenthal
ROBERT BLUMENTHAL
Attorneys for Plaintiff
DEBRA SPENCER

DATED: October 31, 2011        LOMBARDI, LOPER & CONANT, LLP

By: /s/ Laura C. Delehunt
LAURA C. DELEHUNT
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

ORDER

The Court, having reviewed the stipulation of the parties to an extension to complete mediation no later than December 8, 2011, and the parties having demonstrated that there is good cause to grant the requested extension to allow for their attainment of critical medical records:

Additionally, the court **CONTINUES** case management conference scheduled for December 1, 2011 to December 15, 2011. An updated case management statement is due by noon on December 12, 2011.

**IT IS SO ORDERED.**

Date: November 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]