1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699
5
   Attorneys for Defendant
6  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DEBRA SPENCER,                    Case No.  C 11-01042 LB

12            Plaintiff,              **STIPULATION AND ORDER OF DISMISSAL**

13      v.

14 AMTRAK and DOES 1 to 5,

15            Defendants.

16

17      IT IS HEREBY STIPULATED by and between plaintiff DEBRA SPENCER and

18 defendant NATIONAL RAILROAD PASSENGER COMPANY, through their designated

19 counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to

20 Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

21

22 Dated: January 19, 2012.           By:        /s/ Robert H. Blumenthal
                                      ROBERT H. BLUMENTHAL
23                                    Attorney for Plaintiff
                                      DEBRA SPENCER

---

13249-40617 BCH 606734.1                                    Case No. C 11-01042 LB

STIPULATION AND ORDER OF DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 19, 2012 | LOMBARDI, LOPER & CONANT, LLP |

By: /s/ B. Clyde Hutchinson
B. CLYDE HUTCHINSON
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

IT IS SO ORDERED.

DATED: 2/27/2012

IT IS SO ORDERED

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Judge Laurel Beeler

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-40617 BCH 606734.1 — - 2 - — Case No. C 11-01042 LB
STIPULATION AND ORDER OF DISMISSAL