1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:  (510) 433-2600
   Facsimile:   (510) 433-2699
5
   Attorneys for Defendant
6  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEBRA SPENCER,              | Case No.  C 11-01042 LB
12 |          Plaintiff,         | **STIPULATION AND ORDER OF DISMISSAL**
13 |     v.                      |
14 | AMTRAK and DOES 1 to 5,     |
15 |          Defendants.        |

16

17      IT IS HEREBY STIPULATED by and between plaintiff DEBRA SPENCER and

18 defendant NATIONAL RAILROAD PASSENGER COMPANY, through their designated

19 counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to

20 Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

21

22 Dated: January 19, 2012.              By:_____/s/ Robert H. Blumenthal_____
                                              ROBERT H. BLUMENTHAL
23                                            Attorney for Plaintiff
                                              DEBRA SPENCER
24

25

26

27

28

13249-40617 BCH 606734.1                                    Case No. C 11-01042 LB

STIPULATION AND ORDER OF DISMISSAL

| | |
|---|---|
| DATED:  January 19, 2012 | LOMBARDI, LOPER & CONANT, LLP |
| | By: /s/ B. Clyde Hutchinson |
| | B. CLYDE HUTCHINSON |
| | Attorneys for Defendant |
| | NATIONAL RAILROAD PASSENGER CORPORATION |

IT IS SO ORDERED.

DATED: 2/27/2012

IT IS SO ORDERED

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Judge Laurel Beeler

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-40617 BCH 606734.1

- 2 -

Case No. C 11-01042 LB

STIPULATION AND ORDER OF DISMISSAL